**No. 56874.**—Bohemian Distributing Co. et al. *v.* United States, protests 107688–K, etc. (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 56875.**—Glaser Bros. et al. *v.* United States, protests 114335–K, etc. (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

SEPTEMBER 22, 1952

**No. 56876.**—SUIT 4691.—George Scherr Co., Inc. *v.* United States.— ——C. D. 1330 affirmed May 28, 1952. C. A. D. 489.

BEFORE THE FIRST DIVISION, SEPTEMBER 30, 1952

**No. 56877.**—M. Kopit Co. *v.* United States, protests 120636–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 56878.**—Leo W. Greenberg Co. *v.* United States, protest 939172–G (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.